# IN THE SUPREME COURT OF THE STATE OF NEVADA

LARRY GOLDSTEIN; AND HANNAH
IRSFELD GOLDSTEIN, HUSBAND
AND WIFE,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JERRY A. WIESE, DISTRICT JUDGE,
Respondents,
and
PN II, INC., D/B/A PULTE HOMES OF
NEVADA, A NEVADA CORPORATION;
AND TERRAVITA HOME
CONSTRUCTION CO., AN ARIZONA
CORPORATION,
Real Parties in Interest.

No. 69708

FILED

DEC 2 2 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a partial summary judgment in a fraud and construction defect action. We conclude that our intervention is not warranted because petitioner may appeal from any adverse final judgment and therefore has an adequate remedy at law and the record is not sufficiently developed to allow for this court's meaningful review at this time. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224-25, 88 P.3d 840, 841, 844 (2004); *see also Round Hill Gen. Imp. Dist. v. Newman*, 97 Nev. 601, 637 P.2d 534 (1981). Accordingly, we

16-39852

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Pickering

cc:    Hon. Jerry A. Wiese, District Judge
       Irsfeld & Associates, LLC
       Parker & Edwards
       Koeller Nebeker Carlson & Haluck, LLP/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A